# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR MOSS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 18-1262 |
| NATIONAL RAILROAD PASSENGERS CORPORATION, individually, and doing business as AMTRAK, ANDREW KEEFE, individually, and JOHN PIELLI, individually, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 26th day of September, 2019, upon consideration of the Motion for Summary Judgment filed by Defendants, National Railroad Passengers Corporation, doing business as Amtrak, Andrew Keefe, and John Pielli (collectively "Defendants"), Plaintiff, Victor Moss' Response in Opposition to Defendants' Motion for Summary Judgment, and Defendants' Reply, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. No. 20) is **GRANTED**; and

2. the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE